**FILED**
**JANUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 131**

**JUDGE HART**
**MAGISTRATE JUDGE COLE**

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,734,898

United States Patent and Trademark Office    Registered July 8, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

**SEO LOGIC**

MIR INTERNET MARKETING, INC. (ILLINOIS CORPORATION)
1608 NORTH MILWAUKEE AVENUE, SUITE 807
CHICAGO, IL 60647

FOR: COMPUTER PROGRAMMING SERVICES FOR INCREASING INTERNET TRAFFIC TO WEBSITES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-25-2002; IN COMMERCE 1-25-2002.

OWNER OF U.S. REG. NO. 2,639,810.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SEO", APART FROM THE MARK AS SHOWN.

SER. NO. 78-158,289, FILED 8-27-2002.

ELIZABETH HUGHITT, EXAMINING ATTORNEY