**FILED**
**JANUARY 7, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**08 C 131**

**JUDGE HART**
**MAGISTRATE JUDGE COLE**



# Search Engine Optimization

## SEARCH ENGINE OPTIMIZATION

Louie O
SEO Assistant

### SEOLOGIC — $24.95 /mo
- Keywords and Search Engine Submissions
- Search Engine Optimization
- Meta and Title Tag Analysis and Setup

### SEOLOGIC PRO — $124.95 /mo
- Keywords and Search Engine Submissions
- Targeted Keyword Analysis
- Search Engine Optimization
- Ranking and Reporting Analysis

### SEOLOGIC PREMIUM — $199.95 /mo
- Keywords and Search Engine Submissions
- Targeted Keyword Analysis
- Link Partnering
- Web Site Traffic Analysis
- Search Engine Optimization
- Ranking and Reporting Analysis

### SEOLOGIC STRATEGY
Call 800-725-8064 x5005 for a Quote

- Custom SEO Strategy For Your Site
- Keywords and Search Engine Submissions
- Link Partnering
- Web Site Traffic Analysis
- Search Engine Optimization
- Ranking and Reporting Analysis
- Pay-per-click Campaign Management

### FREE Consultation
Find out what our SEO Services can do for you.
Name:
Domain Name:

### Featured Testimonial
Several months after we launched our website, we purchased a basic SEO package. The results were so significant that we were able to reinvest our profits in a redesign of our website using Startlogic's web site design team. After launching our revamped website, we opted to purchase a more extensive SEO package and have seen steady

Phone:

Email:

Submit >

growth in the number of visitors to our website and sales over the last 5 months as a result. Startlogic has helped us grow our web site into a viable business. And now after a year of trying to manage our own PPC campaigns, we're turning to Startlogic to assist us in that area.

**Jennifer Weber & Tammy Godfrey**
www.chichairoptions.com



Tammy (L) and Jennifer (R)

*SEO Plans are based on annual commitment.

home | products | support | testimonials | affiliates | about us | site map | website hosting
Copyright © 2007 StartLogic. Read our Terms and Conditions. All rights reserved.

  

### Search Engine Optimization: SEOLOGIC



Louie O
SEO Assistant

#### Start Increasing Traffic To Your Site Now!

Make sure your web site can be found! With StartLogic"s search engine optimization (SEO) services, we can make sure your site is prominently listed in search engines when potential customers search for your products and/or services. No matter what your SEO needs are, we have a package that's right for you - even if your site's not hosted with StartLogic!





| KEYWORDS AND SEARCH ENGINE SUBMISSIONS | |
|---|---|
| Search Engine Submissions | 50 |
| Meta and Title Tag Analysis and Setup | ✓ |
| Keyword Setup | ✓ |
| OPTIMIZATION | |
| Specific Search Engine Optimization Advice | ✓ |
| Search Engine View of Your Pages | ✓ |
| SEO PLAN | |
| SEOLOGIC | $24.95/mo* |

*SEO Plans are based on annual commitment.

Sign Up!