**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**FILED**
**JANUARY 7, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

In the Matter of

MIR INTERNET MARKETING, INC.

Case Number:

V.

STARTLOGIC, INC.

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

MIR INTERNET MARKETING, INC.

**08 C 131**

**JUDGE HART**
**MAGISTRATE JUDGE COLE**

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE s/Arthur E. Rosenson | | SIGNATURE | |
| NAME Arthur E. Rosenson | | NAME | |
| FIRM Cohen Rosenson & Zuckerman, LLC | | FIRM | |
| STREET ADDRESS 111 East Wacker Drive, Ste. 2620 | | STREET ADDRESS | |
| CITY/STATE/ZIP Chicago, IL 60601 | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER 312-552-8100 | FAX NUMBER 312-552-9001 | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS arosenson@crzlegal.com | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6193303 | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES ☒   NO ☐ | MEMBER OF TRIAL BAR? | YES ☐   NO ☐ |
| TRIAL ATTORNEY? | YES ☒   NO ☐ | TRIAL ATTORNEY? | YES ☐   NO ☐ |
| | | DESIGNATED AS LOCAL COUNSEL? | YES ☐   NO ☐ |
| (C) | | (D) | |
| SIGNATURE | | SIGNATURE | |
| NAME | | NAME | |
| FIRM | | FIRM | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY/STATE/ZIP | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | FAX NUMBER | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES ☐   NO ☐ | MEMBER OF TRIAL BAR? | YES ☐   NO ☐ |
| TRIAL ATTORNEY? | YES ☐   NO ☐ | TRIAL ATTORNEY? | YES ☐   NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐   NO ☐ | DESIGNATED AS LOCAL COUNSEL? | YES ☐   NO ☐ |