IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIR INTERNET MARKETING, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 131 |
| v. | ) ) | Judge William T. Hart |
| STARTLOGIC, INC., an Arizona corporation, | ) ) | Magistrate Judge Jeffrey Cole |
| Defendant. | ) | |

**NOTICE OF CLAIMS INVOLVING TRADEMARKS
PURSUANT TO LOCAL RULE 3.4**

Plaintiff, Mir Internet Marketing, Inc., an Illinois corporation (hereinafter "Plaintiff"), pursuant to Local Rule 3.4 files this Notice of Claims to assist the clerk in complying with the requirements to notify the Commissioner of the United States Patent and Trademark Office providing the information required by 15 U.S.C. 1116(c).

The information required by 15 U.S.C. 1116(c) is as follows:

A. Name and Address of Plaintiff: Mir Internet Marketing, Inc., 818 Harrison Street, Suite 205, Oak Park, Illinois 60304;

B. Name and Address of Defendant: StartLogic, Inc., 919 East Jefferson Street, Suite 100, Phoenix, Arizona 85034;

C. Number of the Registration upon which the action has been brought: United States Service Mark Registration No. 2,734,898, registered July 8, 2003.

DATED: January 11, 2008                **MIR INTERNET MARKETING, INC.,
                                         Plaintiff**

                                         By:  s/Arthur Rosenson
Arthur E. Rosenson                            **One of Its Attorneys**
**COHEN ROSENSON & ZUCKERMAN, LLC**
111 E. Wacker Drive, Suite 2620
Chicago, IL 60601
312-552-8100