**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MIR INTERNET MARKETING, INC., an Illinois corporation, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 131 |
| | ) | |
| v. | ) | Judge William T. Hart |
| | ) | |
| STARTLOGIC, INC., an Arizona corporation, | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF FILING</u>**

To:   David C. Bryson, Esq.
      The Endurance International Group
      70 Blanchard Road
      Burlington, MA 01803

PLEASE TAKE NOTICE that on February 5, 2008, we filed in the United States District

Court, Northern District of Illinois, Eastern Division, the attached Waiver of Service of

Summons to CT Corporation System, Registered Agent of Startlogic, Inc.

**MIR INTERNET MARKETING, INC.,
Plaintiff**

**By:   s/Arthur Rosenson**
**One of Its Attorneys**

Arthur E. Rosenson
**COHEN ROSENSON & ZUCKERMAN, LLC**
111 E. Wacker Drive, Suite 2620
Chicago, IL 60601
312-552-8100