## **CERTIFICATE OF SERVICE**

I, Arthur Rosenson, certify that I served a copy of the attached Waiver of Service of Summons to CT Corporation System, Registered Agent of Startlogic, Inc., by causing a copy to be deposited in the U.S. Mail located at 111 East Wacker Drive, Suite 2620, Chicago, Illinois, with proper postage to David C. Bryson, Esq., The Endurance International Group, 70 Blanchard Road, Burlington, MA 01803 on February 5, 2008.

*s/Arthur Rosenson*
Arthur Rosenson    6193303
*Attorney for Plaintiff* MIR Internet Marketing, Inc.