IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIR INTERNET MARKETING, INC., <br><br>An Illinois corporation, <br><br>           Plaintiff, <br><br>v. <br><br>STARTLOGIC, INC., <br><br>An Arizona corporation, <br><br>           Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 08 c 131 <br> ) <br> ) Judge Hart <br> ) Magistrate Judge Jeffrey Cole <br> ) <br> ) <br> ) <br> ) <br> ) |

AGREED MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE PLEAD

NOW COMES Defendant, StartLogic, Inc., by and through its attorneys, and respectfully moves this Honorable Court for entry of an order extending the time to answer or otherwise plead. At present, the date to answer or otherwise plead is set for March 10, 2008. By way of this motion, Defendant seeks until March 31, 2008 to answer or otherwise plead.

The undersigned counsel for Defendant has conferred with counsel for Plaintiff and he has indicated that Plaintiff is in agreement with the extension of time as requested by this motion.

WHEREFORE, the parties respectfully request this Court to grant the agreed motion and provide Defendant the additional time to answer or otherwise plead.

Dated: March 7, 2008

Respectfully submitted,

/s/ Keith V. Rockey
KEITH V. ROCKEY
AVANI C. MACALUSO
  Rockey, Depke, & Lyons, LLC
  Sears Tower, Suite 5450
  233 South Wacker Drive
  Chicago, Illinois 60606
  Telephone: 312-277-2006
  Facsimile: 312-441-0570

Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 7, 2008, a true and correct copy of the foregoing AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD was filed electronically with the Clerk of Court using the CM/ECF System, which will provide electronic notice to the following attorney for Plaintiff:

>Arthur Rosenson, Esq.
>Cohen, Rosenson, Zuckerman, LLC
>111 E. Wacker Drive
>Suite 2620
>Chicago, IL 60601
>arosen@crzlegal.com

>/s/ Keith V. Rockey
>One of Defendant's Counsel