IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIR INTERNET MARKETING, INC., | ) |
| | ) |
| An Illinois corporation, | ) |
| | ) |
| Plaintiff, | ) No. 08 c 131 |
| | ) |
| v. | ) Judge Hart |
| | ) Magistrate Judge Jeffrey Cole |
| STARTLOGIC, INC., | ) |
| | ) |
| An Arizona corporation, | ) |
| | ) |
| Defendant. | ) |

AGREED MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE PLEAD

NOW COMES Defendant, StartLogic, Inc., by and through its attorneys, and respectfully moves this Honorable Court for entry of an order extending the time to answer or otherwise plead. At present, the date to answer or otherwise plead is set for March 31, 2008. By way of this motion, Defendant seeks until April 10, 2008 to answer or otherwise plead.

The parties request additional time to discuss settlement options with the expectation of reaching a resolution in this case.  This is Defendant's second request for an agreed extension of time in connection with this matter.

The undersigned counsel for Defendant has conferred with counsel for Plaintiff and he has indicated that Plaintiff is in agreement with the extension of time as requested by this motion.

WHEREFORE, the parties respectfully request this Court to grant the agreed motion and provide Defendant the additional time to answer or otherwise plead.

Dated:  March 31, 2008                          Respectfully submitted,


/s/ Keith V. Rockey
KEITH V. ROCKEY
AVANI C. MACALUSO
 Rockey, Depke, & Lyons, LLC
 Sears Tower, Suite 5450
 233 South Wacker Drive
 Chicago, Illinois 60606
 Telephone:  312-277-2006
 Facsimile:  312-441-0570


Attorneys for Defendant

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 31, 2008, a true and correct copy of the foregoing AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD was filed electronically with the Clerk of Court using the CM/ECF System, which will provide electronic notice to the following attorney for Plaintiff:

>     Arthur Rosenson, Esq.
>     Cohen, Rosenson, Zuckerman, LLC
>     111 E. Wacker Drive
>     Suite 2620
>     Chicago, IL  60601
>     arosen@crzlegal.com

>     /s/ Keith V. Rockey
>     One of Defendant's Counsel