IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIR INTERNET MARKETING, INC., ) | |
| An Illinois corporation, ) | |
| Plaintiff, ) | No. 08 c 131 |
| v. ) | Judge Hart |
| ) | Magistrate Judge Jeffrey Cole |
| STARTLOGIC, INC., ) | |
| An Arizona corporation, ) | |
| Defendant. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, April 2, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, one of defendant's counsel will appear before Judge Hart or any other Judge sitting in his place and stead, at the United States District Courthouse, 219 South Dearborn Street, Room 2243, Chicago, Illinois, and then and there present the accompanying AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is hereby being served upon you.

Respectfully submitted,


/s/ Keith V. Rockey
KEITH V. ROCKEY
AVANI C. MACALUSO
  Rockey, Depke, & Lyons, LLC
  Sears Tower, Suite 5450
  233 South Wacker Drive
  Chicago, Illinois 60606
  Telephone: 312-277-2006
  Facsimile: 312-441-0570

Attorneys for Defendant

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 31, 2008, a true and correct copy of the foregoing NOTICE OF MOTION was filed electronically with the Clerk of Court using the CM/ECF System, which will provide electronic notice to the following attorney for Plaintiff:

>Arthur Rosenson, Esq.
>Cohen, Rosenson, Zuckerman, LLC
>111 E. Wacker Drive
>Suite 2620
>Chicago, IL  60601
>arosen@crzlegal.com

/s/ Keith V. Rockey
One of Defendant's Counsel