IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIR INTERNET MARKETING, INC., | ) |
| An Illinois corporation, | ) |
| Plaintiff, | ) No. 08 c 131 |
| v. | ) Judge Hart |
| | ) Magistrate Judge Jeffrey Cole |
| STARTLOGIC, INC., | ) |
| An Arizona corporation, | ) |
| Defendant. | ) |

## RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Rule 3.2 of the Local Rules for the Northern District of Illinois, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant StartLogic, Inc. hereby certifies that it is a wholly-owned subsidiary of The Endurance Group International, Inc., and that no publicly held entity owns 5% or more of its stock.

Dated:  April 10, 2008                               Respectfully submitted,


                                                /s/ Keith V. Rockey
KEITH V. ROCKEY
AVANI C. MACALUSO
  Rockey, Depke, & Lyons, LLC
  Sears Tower, Suite 5450
  233 South Wacker Drive
  Chicago, Illinois 60606
  Telephone:  312-277-2006
  Facsimile:  312-441-0570

Attorneys for Defendant

OF COUNSEL:

SUSAN PROGOFF
VICTOR HENDRICKSON
  Ropes & Gray LLP
  1211 Avenue of the Americas
  New York, New York 10036
  Telephone:  212-596-9000
  Facsimile:  212-596-9090

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 10, 2008, a true and correct copy of the foregoing RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT was filed electronically with the Clerk of Court using the CM/ECF System, which will provide electronic notice to the following attorney for plaintiff:

> Arthur Rosenson, Esq.
> Cohen, Rosenson, Zuckerman, LLC
> 111 E. Wacker Drive
> Suite 2620
> Chicago, IL  60601
> arosen@crzlegal.com

/s/ Keith V. Rockey
One of Defendant's Counsel